UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | CASE NO.: <u>17-cv-08459</u> |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE, subscriber assigned IP address ) | |
| 99.119.76.66 ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO: All Parties via CM/ECF

     PLEASE TAKE NOTICE that on Thursday, January 25, 2018 at 1:45 PM, or as soon thereafter as counsel may be heard, counsel for John Doe shall appear before Honorable Sara L. Ellis or any judge sitting in her stead in Courtroom 1403 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto: **Combined Motion To Proceed Anonymously And For A Protective Order**.

                                              Dated this 12th day of January, 2018

                                              By:   <u>/s/ Jeffrey Antonelli</u>
                                            One of the Attorneys for Defendant

Jeffrey J. Antonelli
Attorney for Defendant
35 East Wacker Drive
Suite 1875
Chicago, IL 60601
Telephone: (312) 201-8310
Facsimile: (888) 211-8624
E-Mail: jeffrey@antonelli-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mary K. Schulz
Media Litigation Firm, P.C.
1144 E. State Street
Suite A260
Geneva, IL 60134
224-535-9510
Fax: 224-535-9501
Email: medialitigationfirm@gmail.com

                        By: /s/ Jeffrey Antonelli
                             Jeffrey J. Antonelli
                             Attorney for Defendant
                             Antonelli Law, Ltd.
                             35 East Wacker Drive
                             Suite 1875
                             Chicago, IL 60601
                             Telephone: (312) 201-8310
                             E-Mail: jeffrey@antonelli-law.com